NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**NATHANIEL J. WILLINGHAM,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE NAVY,**
*Respondent.*

---

2012-3152

---

Petition for review of the Merit Systems Protection Board in case no. DC3330100370-I-1.

---

**ON MOTION**

---

**ORDER**

Nathaniel Willingham moves without opposition for a 30-day extension of time, until November 21, 2012, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

NATHANIEL WILLINGHAM V. NAVY                                        2

The motion is granted.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s27